In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of THOMAS F. TEVLIN, as Executor, etc., of PHILIP A. ENGELDRUM,

Deceased. THOMAS F. TEVLIN, Appellant, v. WILLIAM H. GAITINGS and Others, Respondents.— Order of the Surrogate's Court of Queens county reversed on the law and the facts, without costs, and motion to discharge appellant granted. The motion was practically unopposed and the reason advanced by the learned surrogate for his denial is not convincing. Further, there is no opposition to a reversal in this court. In any event we are of opinion that appellant is now entitled to be discharged from custody. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.